UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOSEPH HICKS | Plaintiff |
| v. | Civil Action No. 3:19-cv-00775 |
| MARK BEGOR and EQUIFAX INFORMATION SERVICES, LLC | Defendants |

\* \* \* \* \*

### JUDGMENT

On January 22, 2021 the Court entered a Memorandum Opinion and Order [DE 17] granting Defendant Equifax Information Services, LLC's Motion to Dismiss. Pursuant to the Court's Order [DE 17] and Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(2) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(3) The Clerk of Court shall **CLOSE** this case.